IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUBBY JAMES GRAY**                                                                           **PLAINTIFF**

**v.**                                   **Case No. 5:18-cv-00289 KGB-PSH**

**JOE PAGE, Warden,**
**Tucker Unit of the**
**Arkansas Department of Correction, et al.**                             **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendation from United States Magistrate Judge Patricia Harris (Dkt. No. 3). No objections were filed to the Proposed Findings and Recommendation, and the time to file objections has passed.

The Proposed Findings and Recommendation state that, at the time he filed his complaint and motion for leave to proceed *in forma pauperis*, plaintiff Rubby James Gray was incarcerated at the Delta Regional Unit in the Arkansas Department of Correction ("ADC"). The Proposed Findings and Recommendation recommend that this Court deny Mr. Gray's motion for leave to proceed *in forma pauperis* because Mr. Gray is a three-striker under the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), and has not demonstrated that he was in imminent danger of serious physical injury when he filed his complaint. *See Ashley v. Dilworth*, 147 F.3d 715, 717 (8th Cir. 1998). Judge Harris recommends dismissing without prejudice Mr. Gray's case and giving him 30 days to reopen this case by paying the $400.00 filing and administrative fees in full and filing a motion to reopen the case. The Court notes that, since the Proposed Findings and Recommendation were entered, Mr. Gray has informed the Court of a change of address that makes it unclear whether Mr. Gray remains incarcerated with the ADC (Dkt. No. 4).

As a result, Mr. Gray's motion for status update is granted (Dkt. No. 5). After review, the Court concludes that the Proposed Findings and Recommendation should be, and are hereby,

approved and adopted as this Court's findings with one modification (Dkt. No. 3).  The Court denies Mr. Gray's pending motion for leave to proceed *in forma pauperis* (Dkt. No. 1); dismisses without prejudice Mr. Gray's complaint; and directs him, within 30 days of the entry of this Order, to address the payment of the filing and administrative fees and to file a motion to reopen this case if he wishes to proceed with his claims.

      IT IS SO ORDERED this 19th day of August, 2019.

                                              KRISTINE G. BAKER
                                              UNITED STATES DISTRICT JUDGE