IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUBBY JAMES GRAY**                                                                       **PLAINTIFF**

v.                              Case No. 5:18-cv-00289 KGB-PSH

**JOE PAGE, Warden,**
**Tucker Unit of the**
**Arkansas Department of Correction, et al.**                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered in this matter on this date, the Court dismisses without prejudice plaintiff Rubby James Gray's complaint.

IT IS SO ADJUDGED this 19th day of August, 2019.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE